IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RANDY M. COOK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 02-307-GPM |
| | ) |
| **C. EVANS, M.G. HODGE, K. JOHNSON,** | ) |
| **and JOSEPH CAMPENELLA,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on a Report and Recommendation from Magistrate Judge Donald G. Wilkerson recommending that the motion for summary judgment filed by Defendants be granted and judgment entered in their favor.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's December 22, 2005, Memorandum and Order adopting the Report and Recommendation, this action is **DISMISSED on the merits**, and the parties shall bear their own costs.

**DATED**:  12/22/05

NORBERT G. JAWORSKI, CLERK


By: s/ Linda M. Cook
      Deputy Clerk


APPROVED: s/ G. Patrick Murphy
            G. PATRICK MURPHY
            CHIEF U.S. DISTRICT JUDGE